Bodman, both of Detroit, Mich., for petitioner. Adrien F. Busick, of Washington, D. C., for respondent. Before BAKER, EVANS, and PAGE, Circuit Judges.

PER CURIAM. This is a proceeding to revise an order of the Federal Trade Commission. In its order the commission found that the petitioner's methods of controlling prices in the retail trade were unfair. Inasmuch as the record shows that the condemned practices were substantially identical with those involved in Federal Trade Commission v. Beech-Nut Packing Co., 257 U. S. 441, 42 Sup. Ct. 150, 66 L. Ed. ——, 19 L. R. A. 882, we approve the finding of the commission upon the authority of that decision. The petition is accordingly dismissed.

---

NORTH v. UNITED STATES. (Circuit Court of Appeals, Fifth · Circuit. October 9, 1922.) No. 3847. In Error to the District Court of the United States for the Eastern Division of the Southern District of Georgia; Beverly D. Evans, Judge. Walter F. North was convicted of a crime, and he brings error. Reversed and remanded, with instructions. A. A. Lawrence and David S. Atkinson, both of Savannah, Ga., for plaintiff in error. Charles E. Donnelly, Asst. U. S. Atty., of Savannah, Ga.

PER CURIAM. This case was called, and, after hearing counsel for the parties respectively, it is ordered that the judgment of the District Court be and it is reversed, and the case remanded to said District Court, with instructions that the demurrer to the second count of the indictment be sustained, and that the defendant be resentenced on the verdict of guilty to the first count of said indictment.

---

WABASH RY. CO. v. WOODSON et al. (Circuit Court of Appeals, Seventh Circuit. May 18, 1922.) No. 3033. In Error to the District Court of the United States for the Southern District of Illinois, Southern Division. Action at law by Orion A. Woodson and others against the Wabash Railway Company. Judgment for plaintiffs, and defendant brings error. Reversed. Walter Bellatti, of Jacksonville, Ill., for plaintiff in error. John A. McKeene, of Winchester, Ill., for defendants in error. Before BAKER, ALSCHULER, and EVANS, Circuit Judges.

PER CURIAM. This bill presents essentially the same matters of fact and law that were recently before this court in the case of Hines v. Woodson, 280 Fed. 966, and on the authority of that case the judgment is reversed, with direction for further proceedings not inconsistent with the decision in the Hines Case. Reversed and remanded.

---

WEBB–CRAWFORD CO. v. PALMER CLOTHING CO. et al. In re E. W. ADAMS & CO. et al. (Circuit Court of Appeals, Fifth Circuit. October 14, 1922.) No. 3941. Petition to Superintend and Revise from the District Court of the United States for the Southern District of Georgia; William H. Barrett, Judge. Proceeding by the Palmer Clothing Company and others to have E. W. Adams and another, as surviving partners of E. W. Adams & Co., adjudged bankrupt, in which the Webb-Crawford Company filed a motion to dismiss the petition and composition proceedings. The motion was denied (283 Fed. 431), and the moving party brings a petition to superintend and revise. Petition denied. S. C. Upson, of Athens, Ga. (Horace Holden and Frank Holden, both of Athens, Ga., on the brief), for petitioner. F. H. Colley and R. C. Norman, both of Washington, Ga., for respondents. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. For reasons stated in the opinion of the District Judge (In re E. W. Adams & Co., 283 Fed. 431), the petition to superintend and revise is denied.

END OF CASES IN VOL. 283.

*